**Motion granted, Appeal dismissed and Memorandum Opinion filed October 5, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00380-CV

---

## CHRYL A. HAGANS-KING, Appellant

## V.

## QURAT AIN INDIVIDUALLY A/N/F OF A.P., Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2021-62827**

---

### MEMORANDUM OPINION

This appeal is from a default judgment signed January 20, 2023. On September 21, 2023, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a).[1] The motion is granted.

---

[1] Although the motion requests dismissal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), it is not accompanied by an agreement signed by the parties or their attorneys. However, as dismissal is also authorized pursuant to Rule 42.1(a)(1), we are construing the motion

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.

---

as seeking relief pursuant to that rule.